No. 245. WATERMAN STEAMSHIP CORP. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *John W. McConnell, Jr.,* and *William H. Armbrecht* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones* and *I. Henry Kutz* for the United States.

No. 294. ONE 1958 PLYMOUTH SEDAN *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari granted. *Stanford Shmukler* for petitioner. *Walter E. Alessandroni,* Attorney General of Pennsylvania, and *Thomas J. Shannon,* Assistant Attorney General, for respondent.

No. 482. FEDERAL COMMUNICATIONS COMMISSION *v.* SCHREIBER ET AL. C. A. 9th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn, Harvey L. Zuckman* and *Henry Geller* for petitioner. *Harry M. Plotkin* for respondents.

No. 489. UNITED STATES *v.* ATLAS LIFE INSURANCE Co. C. A. 10th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Wayne G. Barnett, Philip B. Heymann, John B. Jones, Jr.,* and *Gilbert E. Andrews* for the United States. *Norris Darrell, M. Bernard Aidinoff* and *Thomas C. Thompson, Jr.,* for respondent.

No. 503. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF NOEL ET AL. C. A. 3d Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Loring W. Post* for petitioner. *Edward F. Merrey, Jr.,* and *Harry Norman Ball* for respondents.